

**FILED**
8/30/2022 **MB**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. **22-CR-428** |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 1001(a)(2) and |
| JOSEPH WEISS, | ) | 1512(c)(2) |
| "also known as Joey" | ) | |
| | ) | **UNDER SEAL** |

**COUNT ONE**

JUDGE KENNELLY
MAGISTRATE JUDGE WEISMAN

The SPECIAL MAY 2021 GRAND JURY charges:

1. At times material to this indictment:

    a. Individual A held an indirect ownership interest in Company A, a company that allowed customers to wager money through the use of video gaming machines (the "sweepstakes machines") that characterized such wagers as part of a sweepstakes contest.

    b. Individual B was an associate of Individual A.

    c. Defendant JOSEPH WEISS, also known as "Joey," was the brother of Individual A, and performed services for Company A, including collecting revenue from sweepstakes machines.

    d. Frank Schweihs, also known as "The German," now deceased, was charged in the United States District Court for the Northern District of Illinois in 2005 for his association with an illegal enterprise known as the "Chicago Outfit," also known to the public as "organized crime" and the "Chicago Mob."

2.      Prior to on or about January 13, 2022, the Federal Bureau of Investigation and the Internal Revenue Service had initiated an investigation of Individual A, Individual B, and others concerning potential violations of federal criminal law.

3.      The following matters, among others, were material to the investigation:

i.      The scope and nature of Individual A's relationships with Frank Schweihs and Individual B;

ii.     Whether Individual A and Company A had ties to organized crime;

iii.    Whether Individual B at any time held an interest in Company A or any other business operated by Individual A;

iv.     Whether Individual B at any time derived income directly or indirectly from Individual A, Company A or any other business operated by Individual A; and

v.      The scope and nature of Individual B's relationship with Frank Schweihs and other organized crime associates.

4.      On or about January 13, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH WEISS,
also known as "Joey,"

defendant herein, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Federal Bureau of Investigation and the Internal Revenue Service, each an agency within the executive branch of the government of the United States, when he stated in substance the following:

2

i.    WEISS denied knowing anyone who used to do business with or have any relationship with Frank Schweihs;

ii.    WEISS said he had "no idea" if Individual B and Frank Schweihs were connected in any way;

iii.    WEISS said he did not know if Individual A had done business with Individual B, but knew they were good friends;

iv.    WEISS said he had never heard anything about Frank Schweihs;

v.    WEISS denied knowing whether Individual A ever had anything to do with Frank Schweihs;

vi.    WEISS denied knowing how Individual A and Individual B met;

vii.    WEISS denied hearing that Individual A had a problem and went for protection to somebody;

viii.    WEISS denied being part of a conversation where the story of how Individual A met Individual B was discussed; and

ix.    WEISS denied hearing that Individual A reached out to Frank Schweihs, who was out of town, and thereafter somebody told Individual A to see Individual B.

In violation of Title 18, United States Code, Section 1001(a)(2).

3

## COUNT TWO

The SPECIAL MAY 2021 GRAND JURY further charges:

1.      Paragraph One of Count One is incorporated here.

2.      In or around 2020, Individual A was indicted by a federal grand jury in the Northern District of Illinois for offenses that included the bribery and attempted bribery of public officials in connection with Individual A's efforts to obtain the passage of legislation favorable to companies, such as Company A, that operated sweepstakes machines.

3.      In or around 2021, a federal grand jury investigation assigned number 21 GJ 79 was initiated in the Northern District of Illinois, and remained pending before the Special May 2021 Grand Jury through the date of this indictment.    During the course of federal grand jury investigation 21 GJ 79, the Special May 2021 Grand Jury investigated allegations concerning violations of federal law by Individual A, Individual B, and others.

4.      On or about January 13, 2022, WEISS was interviewed by federal law enforcement.    Prior to on or about January 13, 2022, WEISS was aware of the indictment of his brother, Individual A, by a federal grand jury, and during the interview, WEISS was made aware that a federal grand jury investigation assigned number 21 GJ 79 was pending before the Special May 2021 Grand Jury.

5.      During his interview, WEISS made false statements to federal law enforcement.    In substance, among other things, WEISS made false statements about the following topics:

      a.     Whether WEISS had knowledge of anyone who used to do business with or have any relationship with Frank Schweihs;

      b.     Whether WEISS had knowledge if Individual B and Frank Schweihs were connected in any way;

      c.     Whether WEISS knew that Individual A and Individual B had done business together;

      d.     Whether WEISS had heard anything about Frank Schweihs;

      e.     Whether WEISS knew if Individual A ever had anything to do with Frank Schweihs;

      f.     Whether WEISS knew how Individual A and Individual B had met; and

      g.     Whether WEISS was part of a conversation where the story of how Individual A met Individual B was discussed.

6.     After being made aware of federal grand jury investigation 21 GJ 79 during the interview, WEISS was asked if he wanted to change any of the statements he had made earlier in the interview, and falsely responded, "I swear I've been honest," and added, "I think I've given you what I know."

7.     On or about January 13, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSEPH WEISS,<br>
also known as "Joey,"

defendant herein, did attempt to corruptly obstruct, influence and impede an official

5

proceeding, namely, federal grand jury investigation 21 GJ 79, in that defendant gave materially false statements during his interview with law enforcement as described in paragraphs 5 and 6 of this Count;

In violation of Title 18, United States Code, Section 1512(c)(2).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY